IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA LEE JONES, (TDCJ-CID #1509174) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-10-3275 |
| W. THOMPSON, Defendant. | § § § § | |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against a Texas prison official who resides in Tyler County, Texas. Plaintiff sues this official for violations of civil rights which occurred at the Gib Lewis Unit, where he is confined and which is located in Tyler County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case is TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on Oct. 4, 2010.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE